Alfred E. Ommen, Respondent, v. Arthur W. Little and Others, as Executors, etc., Appellants. — Judgment and order affirmed, with costs.

App. Div.]            First Department, December, 1915.

No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.